778

No. 221.  KREISS v. ELLIOTT ET AL.  November 15, 1937.

No. 222.  LIVERMORE v. BEAL ET AL.  November 15, 1937.

No. 382.  GENERAL BAKING Co. v. GOLDBLATT BROS., INC.  November 15, 1937.

No. 429.  CRAMER, ADMINISTRATOR, v. PHOENIX MUTUAL LIFE INS. CO. ET AL.  November 15, 1937.

No. 430.  COBURN ET AL. v. PHOENIX MUTUAL LIFE INS. CO. ET AL.  November 15, 1937.

No. 431.  CRAMER, ADMINISTRATOR, v. AETNA LIFE INS. CO. ET AL.  November 15, 1937.

No. 432.  COBURN ET AL. v. AETNA LIFE INS. CO. ET AL.  November 15, 1937.

No. 440.  MORRIS v. ALABAMA.  November 15, 1937.

No. 17.  TEXAS & NEW ORLEANS R. CO. ET AL. v. NEILL ET AL.  November 22, 1937.

No. 411.  ROYAL INDEMNITY CO. ET AL. v. CARDILLO, DEPUTY COMMISSIONER, ET AL.  November 22, 1937.

No. 495.  MITCHELL ET AL. v. SUPREME COURT OF FLORIDA ET AL.  November 22, 1937.